# Court of Appeals
# of the State of Georgia

ATLANTA,  November 10, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0016.  PERMIAKOVA v. BELCHER.**

Aliona Permiakova has filed an Emergency Motion pursuant to Court of Appeals Rule 40 (b) to prevent an eviction and the sale of certain property. In support of this motion, she asserts that the trial court denied a certificate of immediate review, to which she filed a notice of appeal, and argues that the denial of her Emergency Motion will render her appeal moot and destroy this Court's jurisdiction.

The included exhibits show that on November 5, 2021, the trial court denied Permiakova's "application for a certificate of immediate review" and that on November 9, 2021, Permiakova filed a notice of appeal from the trial court's denial of the certificate of immediate review. However, the denial of a certificate of immediate review is not subject to direct appeal. *See Price v. State*, 237 Ga. 352, 352 (2) (227 SE2d 368) (1976) ("The denial of a certificate for interlocutory appeal is not reviewable, because the trial judge's interlocutory ruling can be reviewed upon the appeal of a final judgment."). Thus, this Court does not have jurisdiction over an appeal from same. *Id.*

Based on the foregiong, we ***DENY*** this motion because it does not meet the criteria of Rule 40 (b). *See* Cᴛ. Aᴘᴘ. R. 40 (b) ("In the exercise of its inherent power,

this Court may issue such orders or give such direction to the trial court as may be

necessary to preserve jurisdiction of an appeal or to prevent the contested issue from

becoming moot. This power shall be exercised sparingly.").



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  11/10/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*